UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LAMAR PITTS,

    Plaintiff,

v.

BRIDGECREST CREDIT
COMPANY, LLC,

    Defendants.
_____/

Case No. 24-cv-11625
Honorable Linda V. Parker

## OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) GRANTING DEFENDANT'S MOTION TO DISMISS; AND (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 21, 2024, Plaintiff Andrew Lamar Pitts commenced this lawsuit against Defendant Bridgecrest Credit Company, LLC ("BCC") raising various claims arising from Mr. Pitts' purchase of a vehicle from non-party Carvana LLC. BCC thereafter filed a motion to dismiss (ECF No. 11), and Mr. Pitts filed a motion for summary judgment (ECF No. 13). The matter has been assigned to Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On April 17, 2025, Magistrate Judge Patti issued a report and recommendation ("R&R") recommending that the Court grant BCC's motion and deny Mr. Pitts' motion. (ECF No. 21.) The R&R also included Magistrate Judge Patti's decision on non-dispositive motions filed by Mr. Pitts. At the conclusion of the R&R, Magistrate Judge Patti advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id.* at PageID.185.) He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed timely objections to the R&R. While Plaintiff submitted a document titled as a response to Defendant's motion, which the Court received on May 12, this document does not address the R&R. (ECF No. 22.)

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Patti. The arguments in Plaintiff's untimely "response" do not persuade the Court that a different conclusion is warranted. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss is **GRANTED** (ECF No. 11).

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary

judgment (ECF No. 13) is **DENIED**.

                                                                                     s/ Linda V. Parker
                                                                                     LINDA V. PARKER
                                                                                     U.S. DISTRICT JUDGE

Dated: May 14, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 14, 2025, by electronic and/or U.S. First Class mail.

                                                                                      s/Aaron Flanigan
                                                                                      Case Manager